IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**TERANCE C. CURTIS**,<br><br>Defendant | NO. 5: 04-MJ-05-01 (CWH)<br><br>**VIOLATION: DRIVING ON SUSP. LICENSE** |

## ORDER OF DISMISSAL

Upon consideration of the [oral] **MOTION FOR DISMISSAL** made by counsel for the United States at the Initial Appearance Hearing held in this proceeding on July 2, 2007, and for cause shown, said motion is GRANTED. This proceeding against defendant TERANCE C. CURTIS is DISMISSED *with prejudice.*

SO ORDERED AND DIRECTED, this 5th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE